PRIORITY SEND




# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Tara Patrick, etc.

Plaintiff(s),

v.

Michael Church, et al.,

Defendant(s).

CASE NO. CV 99-3773-ABC (RNBx)

ORDER RE:

1. EARLY MEETING OF COUNSEL

2. MANDATORY STATUS CONFERENCE SET FOR _Nov. 15, 1999_ AT _9:30_ A.M.

3. MOTIONS & EX PARTE APPLICATIONS

(LOCAL RULE 6.9)

This action has been assigned to the calendar of Judge Audrey B. Collins, Courtroom 690, Roybal Federal Building.

The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well. In order "to secure the just, speedy, and inexpensive determination of every action," all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. Fed. R. Civ. P. 1. **

1. **EARLY MEETING OF COUNSEL**

   IT IS ORDERED that counsel for the parties shall meet personally within thirty (30) days after service of the answer by the first answering defendant, for the purpose of having an Early Meeting of Counsel pursuant to Local Rule 6.1. Counsel shall comply with all of the requirements set forth in Local Rule 6.1 through 6.9.

2. **MANDATORY STATUS CONFERENCE**

   IT IS FURTHER ORDERED that this case be placed on calendar for a Status Conference pursuant to Local Rule 6.9 in Courtroom 690 of the Roybal Federal Building at _9:30_ a.m. on the date set forth in the caption to this Order. Counsel familiar with the issues in the case shall attend. The Joint Report of Early Meeting required by Local Rule 6.5 shall be filed within fourteen (14) days after the Early Meeting, and shall comply with Local Rule 6.4 and 6.5. A continuance of the Mandatory Status Conference will be granted only for good cause.

3. **MOTIONS**

   In motion matters, counsel should note the timing and service requirements of Local Rule 7 and its subparts including:

   A. <u>Rule 7.4.1</u> - <u>Pre-Filing Conference of Counsel</u>. Counsel should be familiar with this <u>new</u> rule, which requires a pre-filing meeting to discuss the substance and potential resolution of non-discovery motions. Note that counsel for the moving party must notify the court that the meeting took place;

   B. <u>Rule 7.4.2</u> - If mailed, Notice of Motion shall be served not later than twenty-four (24) calendar days before the Motion Day designated in the notice. If served personally, the Notice of Motion shall be served not later than twenty-one (21) days before the Motion Day

designated in the notice;

C. Rule 7.6 - Opposing papers shall be served upon other parties and filed with the Clerk not later than fourteen (14) days before the hearing date; and

D. Rule 7.7 - Reply papers, if any, shall be served and filed not later than the seventh calendar date (not excluding Saturdays, Sundays, and holidays) before the motion hearing date.

Adherence to the timing requirements of all Local Rules is mandatory for proper chambers preparation of motion matters.

4. **EX PARTE APPLICATIONS**

Ex parte applications are considered on the papers and are not usually set for hearing. Ex parte applications are to be reserved solely for extraordinary relief. [This court may impose sanctions for misuse of ex parte applications. See Local Rule 7.19 and In re Intermagnetics America, Inc., 101 B.R. 191 (Bankr. C.D. Cal. 1989).] Counsel are ordered to read and comply with the requirements of Mission Power Engineering Co. v. Cont. Cas. Co., 883 F. Supp. 488 (C.D. Cal. 1995) before filing an ex parte motion with this court.

Counsel must be familiar with Local Rule 7.18. The moving party shall serve the opposing party by facsimile transmission and shall notify the opposition that opposing papers must be filed not later than twenty-four hours following such facsimile service. Counsel must inform the Courtroom Deputy Clerk, Daphne Alex, (213) 894-3759, if the ex parte application will not be opposed. Counsel must deliver a conformed courtesy copy of the papers to chambers. Counsel will be notified by the Courtroom Deputy Clerk of the Court's ruling or of a hearing time and date in the unlikely event that the Court determines that a hearing is necessary.

5. **SETTLEMENT PROCEDURE**

A settlement procedure appropriate to the particular case will be used in every civil action. Counsel must be familiar with the procedures and timing mandated by Local Rule 23. Frank discussion of settlement options should begin now.

6. **COURTESY COPIES**

Counsel should provide courtesy copies of all motions, responses, and replies in motion matters to Chambers.

7. **INTERNET SITE**

Counsel are encouraged to review the Central District's website for additional information. The address is "http://www.cacd.uscourts.gov".

8. **DOCUMENT IMAGING ENROLLMENT FORM**

Please read and consider signing the attached Enrollment Form. This service has proved to be very popular.

A Joint Report of Early Meeting which does not comply with Local Rule 6.5 and this Order will cause continuance of the Status Conference and the probable award of sanctions under Local Rule 27 against the party or parties responsible.

IT IS SO ORDERED.

Dated: 9-16-99

_____
AUDREY B. COLLINS
United States District Judge

1  ** Local Rules are available on our website at "http;//www.cacd.uscourts.gov" or they may be
2  purchased from the following:

4          Los Angeles Daily Journal
        915 East First Street
5          Los Angeles, California  90012

7          Metropolitan News
        210 South Spring Street
8          Los Angeles, California  90012

10         West Publishing Company
        50 West Kellogg Boulevard
11         St. Paul, Minnesota  55164-9979

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DOCUMENT IMAGING ENROLLMENT FORM

Name: _____

California State Bar No.: _____

FAX Number: (_____)_____
   -OR-
e-mail Address: _____

I hereby consent and agree to receive copies of judgments, orders and other documents by:

    *(please check one)*: ☐ FAX  **OR**  ☐ e-mail*

transmission, and that I understand that service through either of these means will constitute notice of entry as required by F.R.Civ.P. 77 (d).

Signature: _____   Date: _____

Print Name: _____

**Mail this completed form to:**  United States District Court
                                          Central District of California
                                          312 N. Spring Street
                                          Room G-8
                                          Los Angeles, California 90012
                                          Attn: Attorney Admission Clerk

*Note - Electronic transmission (e-mail) may result in quicker receipt of judgments, orders and other documents than by FAX transmission. However, the e-mail address should be to a computer that is accessed on a daily basis due to the importance and timeliness of documents that are being transmitted from the court.

G-76 (6/98)        DOCUMENT IMAGING ENROLLMENT FORM