MITCHELL D. KAMARCK (BAR NO. 146982)
ROSENFELD, MEYER & SUSMAN, LLP
9601 Wilshire Boulevard, Fourth Floor
Beverly Hills, California 90210-5288
Telephone: (310) 858-7700
Facsimile: (310) 271-6430

Attorneys for Plaintiff
TARA PATRICK aka CARMEN ELECTRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA PATRICK aka CARMEN ELECTRA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL CHURCH, an individual; TELNET ENTERPRISES, INC., a business entity of unknown form; JEFF GREENE, an individual; MARK AGOSTINO, an individual; VENTURE NETWORKING, a business entity of unknown form; ANDY MILLS, an individual; and DOES 1-40,<br><br>   Defendants. | Case No. 99-03773 ABC (RNBx)<br><br>NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE AS AGAINST MARK AGOSTINO |

___ Docketed
___ Mld copy Ptys
___ Mld Notice Ptyq
___ JS-6

OCT 06 1999

365422.01                                1

1     Plaintiff Tara Patrick aka Carmen Electra hereby dismisses
2 this action without prejudice as against Mark Agostino, an
3 individual, only.

4

5 Dated: September 29, 1999     ROSENFELD, MEYER & SUSMAN, LLP
6     MITCHELL D. KAMARCK

7     By: *[signature]*
8     MITCHELL D. KAMARCK
    Attorneys for Plaintiff
9     TARA PATRICK aka CARMEN ELECTRA

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

365422.01     2

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9601 Wilshire Boulevard, Fourth Floor, Beverly Hills, California 90210-5288.

On October 4, 1999, I served on interested parties in said action the within:

**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE AS AGAINST MARK AGOSTINO.**

by placing a true copy thereof in sealed envelope(s) addressed, as stated below, and causing such envelope(s) to be deposited in the U.S. Mail at Beverly Hills, California.

Richard J. Myers
Myers & Associates
28 East Jackson Boulevard
Suite 423
Chicago, IL 60604

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on October 4, 1999, at Beverly Hills, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____Joan Geisler_____          _____/s/ Joan Geisler_____
        (Type or print name)                          (Signature)

13378-001000
352583.01