MITCHELL D. KAMARCK (BAR NO. 146982)
ROSENFELD, MEYER & SUSMAN, LLP
9601 Wilshire Boulevard, Fourth Floor
Beverly Hills, California 90210-5288
Telephone:  (310) 858-7700
Facsimile:  (310) 271-6430

Attorneys for Plaintiff
TARA PATRICK aka CARMEN ELECTRA

FILED
NOV 16 1999
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION, ON THIS DATE.
DATED: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA PATRICK aka CARMEN ELECTRA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CHURCH, an individual; TELNET ENTERPRISES, INC., a business entity of unknown form; JEFF GREENE, an individual; MARK AGOSTINO, an individual; VENTURE NETWORKING, a business entity of unknown form; ANDY MILLS, an individual; and DOES 1-40,<br><br>Defendants. | Case No. 99-03773 ABC (RNBx)<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION<br><br>ENTERED<br>CLERK, U.S. DISTRICT COURT<br>NOV 18 1999<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Plaintiff Tara Patrick aka Carmen Electra hereby dismisses this entire action without prejudice.

Dated: November 15, 1999

ROSENFELD, MEYER & SUSMAN, LLP
MITCHELL D. KAMARCK

By: /s/ Mitchell K. K.
MITCHELL D. KAMARCK
Attorneys for Plaintiff
TARA PATRICK aka CARMEN ELECTRA

__ Docketed
5 Mld copy Ptys
__ Mld Notice Ptys
__ JS-6

IT IS SO ORDERED
/s/ Audrey B. Collins
11/16/99
NOV 18 1999

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

371211.01

1

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | |

3 | STATE OF CALIFORNIA         )
                               ) ss.:
4 | COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9601 Wilshire Boulevard, Fourth Floor, Beverly Hills, California 90210-5288.

On November 15, 1999, I served on interested parties in said action the within:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION.**

by placing a true copy thereof in sealed envelope(s) addressed as stated below.

Richard J. Myers                    Clyde DeWitt
Myers & Associates                  Weston, Garrou & DeWitt
28 East Jackson Blvd., Suite 423    12121 Wilshire Blvd., Suite 900
Chicago, IL 60604                   Los Angeles, CA 90025-1176

Michael Church
175 Bluxone Street, #322
San Francisco, CA 94107

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on November 15, 1999, at Beverly Hills, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____            _____
Joan Geisler                               (Signature)
(Type or print name)

12210-019000
371216.01